# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-2903

_____

Kevin Pollins

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: March 24, 2016
Filed: March 30, 2016
[Unpublished]

_____

Before LOKEN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kevin Pollins appeals following the district court's[1] dismissal, for failure to prosecute and to comply with a court order, of his appeal from the denial of supplemental security income. We conclude that the district court did not abuse its discretion in dismissing Pollins's case without prejudice. See Rodgers v. Curators of Univ. of Mo., 135 F.3d 1216, 1219 (8th Cir. 1998) (standard of review); Schooley v. Kennedy, 712 F.2d 372, 374 (8th Cir. 1983) (per curiam) (dismissal without prejudice mitigates against finding that court abused its discretion). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).